IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAURA B. EBBING**                                                                                         **PLAINTIFF**

**v.**                        **CASE NO. 4:10CV02032 BSM**

**ALLEGIANCE SPECIALTY HOSPITAL**                                 **DEFENDANT**

## JUDGMENT

Pursuant to settlement, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE